UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 16-40499-EJC |
| | : CHAPTER: 13 |
| TODD J RETZLAFF | : |
|     Debtor | : |
| BANK OF AMERICA, N.A., | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| TODD J RETZLAFF | : |
| O. BYRON MEREDITH, III, Trustee | : |
|     Respondents. | : |

## OBJECTION TO CONFIRMATION

COMES NOW, BANK OF AMERICA, N.A., its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtor`s Plan;

1.

Movant will timely file a Proof of Claim, on or before the Proof of Claim Bar Date, listing arrearages totaling approximately $10,881.19. The Debtor`s Plan fails to provide adequate protection to Movant relative to a property located at 900 PINTAIL COURT, HINESVILLE, GA 31313 (the "Property") in violation of 11 U.S.C. § 362. The Plan indicates there were no arrearages as of the filing of the instant case. Therefore, Movant objects to confirmation of the plan in its current form.

WHEREFORE, BANK OF AMERICA, N.A., its successors or assigns, prays that this Court inquire as to the matters raised herein and deny confirmation of the Debtor`s Plan, or enter

such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 4/26/16

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 26th day of April, 2016, I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served as follows:

The following parties were served by electronic notice:

O. Byron Meredith, III
ecfsav1@ch13sav.com

The following parties were served by standard First-Class U.S. Mail:

Todd J Retzlaff
P.O. Box 2112
Hinesville, GA 31310

Executed on: 4/26/16
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor