UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|   |   |   |
|---|---|---|
| IN RE: | ) ) ) ) | CASE NO. 16-40499-EJC |
| TODD J RETZLAFF, | ) ) | CHAPTER 13 |
| DEBTOR | ) ) ) |   |

**OBJECTION TO CHAPTER 13 PLAN**

**COMES NOW,** SunTrust Mortgage, Inc. (hereinafter, "SunTrust"), a secured creditor in the above-captioned case, by and through counsel, Brock & Scott, PLLC, and objects to confirmation of the Debtor's Chapter 13 Plan, and respectively shows the Court as follows:

1. On April 4, 2016, the Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter 13 of Title 11 of the United States Code.

2. SunTrust holds a secured claim by virtue of a first mortgage lien on real property (hereinafter "Property") described in that Security Deed recorded in the Liberty County Register of Deeds in Book 01368 at Page 00316 , (hereinafter "Security Deed") with an address of 1336 Forest Lake Drive, Hinesville, GA 31313.

3. SunTrust holds or is otherwise entitled to enforce a Note secured by the first lien Security Deed from the Debtors in the original principal amount of $92,000.00 and dated February 15, 2016.

4. SunTrust does not accept Debtor's plan as proposed. The proposed plan fails to list SunTrust and therefore SunTrust unsure of the Debtor's intentions as to their lien.

**WHEREFORE**, SunTrust prays the Court grant the following relief:

1. Set this matter for hearing at a date and time later to be determined by the Court.

2. Require Debtor's Plan be modified be modified to include SunTrust Mortgage, Inc.

3. For such other and further relief that the Court may deem just and proper.

This, the 26th day of April, 2016.

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Attorney for SunTrust Mortgage, Inc.
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Suite 300
Charlotte, NC 28217
Ph : (704) 369-0676 x3004
Fx : (704) 369-0760

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) ) ) ) | CASE NO.  16-40499-EJC |
| TODD J RETZLAFF, | ) ) ) | CHAPTER 13 |
| DEBTOR | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION TO CHAPTER 13 PLAN, in the above captioned case were this day served upon the below named persons via electronic service or by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

| | |
|---|---|
| Todd J Retzlaff<br>P.O. Box 2112<br>Hinesville, GA 31310 | O Byron Meredith, III<br>P O Box 10556<br>Savannah, GA 31412 |

This, the 26th day of April, 2016.

/s  Travis E. Menk
Travis E. Menk
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Suite 300
Charlotte, NC 28217
Ph : (704) 369-0676 x3004
Fx : (704) 369-0760