UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **TODD J REZLAFF**, | CASE NO. **16-40499 - EJC** |
| Debtor. | |

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW, PHH Mortgage Corporation (hereinafter referred to as "Movant"), who holds a secured lien on the Debtor's real property known as 418 Willow Oak Lane, Hinesville, GA 31313, and files this Objection to Confirmation of Plan:

1.

Movant intends to file a secured claim in the estimated amount of $161,280.03, including pre-petition arrears in the amount of $29,227.67.

2.

Debtor's Chapter 13 Plan lists the total pre-petition arrears owed to Movant as $0.00.

3.

The arrears listed in Debtor's Chapter 13 Plan do not match Movant's pre-petition arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. §1325(a).

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan, or enter such orders that the Court deems just and proper.

Date: May 2, 2016

**SHAPIRO, PENDERGAST & HASTY, LLP**

By: /s/Taylor Mansell
Taylor Mansell
Bar No. 940461
Attorney for Movant
tmansell@LOGS.com
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346
Phone: 770-392-0303
Fax: 770-392-0909

## CERTIFICATE OF SERVICE

I, Taylor Mansell, certify that I am over the age of 18 and that on May 2nd, 2016, I served a copy of the foregoing OBJECTION TO CONFIRMATION OF PLAN by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Todd J. Retzlaff
P.O. Box 2112
Hinesville, GA 31310

O Byron Meredith, III
P O Box 10556
Savannah, GA 31412

Date: May 2, 2016

**SHAPIRO, PENDERGAST & HASTY, LLP**

By: __/s/Taylor Mansell_____
Taylor Mansell
Bar No. 940461
Attorney for Movant
tmansell@LOGS.com
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346
Phone: 770-392-0303
Fax: 770-392-0909